# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:12-CR-372-1 AWI-BAM** |
| Plaintiff-Respondent | **ORDER DENYING DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL** |
| v. | |
| **PAULINO MARTINEZ-ANDRADE,** | (Doc. No. 22) |
| Defendant-Petitioner | |

Petitioner Paulino Martinez-Andrade brings this "request for appointment of counsel to assist and file and apply for relief from confinement judgement [sic] and sentence [pursuant to] the First Step Act." See ECF No. 22. Therein, Petitioner states his belief that he "may be entitled to relief from sentence" under this act. *Id*.

Title IV of the First Step Act of 2018 provides for a reduction of enhanced sentences for certain prior drug felonies—mainly crack cocaine offenses. *See U.S. v. Keith Jones*, 2019 WL 1586814, at *1 (M.D. Tenn. Apr. 12, 2019). However, courts have denied relief where the Act does not allow for relief of a petitioner's specific conviction. *U.S. v. Hunter*, 2019 WL 1220311, at *2 (D. Conn. Mar. 15, 2019) (concluding that the Fair Sentencing Act did not modify the statutory penalties for crimes not specifically covered by the act, thereby denying the request for immediate release) (*citing* First Step Act of 2018, PL 115-391, December 21, 2018, 132 Stat 5194 ("the term 'covered offense' means a violation of a Federal criminal statute, the statutory penalties for which were modified by section 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111–220; 124 Stat. 2372), that was committed before August 3, 2010.")).

/ / /

Here, Petitioner would not be eligible for a sentence reduction under the First Step Act. Simply, Petitioner is serving a 46-month sentence pursuant to his guilty plea for a charge of illegal re-entry under 8 U.S.C. § 1326(a)(2). The Court sees no application of the First Step Act to Petitioner's conviction, and thus an appointment of counsel would be inappropriate. *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965) ("It is the duty of the District Court to examine any application for leave to proceed *in forma pauperis* to determine whether the proposed proceeding has merit, and if it appears that the proceeding is without merit, the court is bound to deny a motion seeking leave to proceed in forma pauperis.") (*cited by Bradshaw v. Zoological Soc. of San Diego*, 662 F.2d 1301, 1308 (9th Cir. 1981) ("Perhaps the best way to characterize the requirement relating to meritoriousness in *in forma pauperis* cases is to say that the petition must be non-frivolous.").

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel to pursue a sentence reduction under the First Step Act is DENIED.

IT IS SO ORDERED.

Dated: May 13, 2019

SENIOR DISTRICT JUDGE